## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DOCKETED
JUL 0 1 2003

|                          |   |                    |
|--------------------------|---|--------------------|
| CATUARA,                 | ) |                    |
|                          | ) |                    |
| Plaintiff,               | ) |                    |
|                          | ) |                    |
| v.                       | ) | Case No. 03 CV 563 |
|                          | ) |                    |
|                          | ) |                    |
|                          | ) | Judge Gottschall   |
| HEAVNER HANDEGAN et al., | ) |                    |
|                          | ) |                    |
| Defendants.              | ) |                    |

FILED
JUN 30 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF HARMLESS ERRORS AND DEFICIENCIES

PLAINTIFF Catuara, pursuant to Federal Rules of Civil Procedure 61, gives notice of harmless errors relating to the above captioned case and submits the following:

1.    Plaintiff, at this time, enters the certificate of service fax transmittal records for Plaintiff's June 25, 2003, Motion For Leave to File, *Instanter*, Judicial Notice (proof of transmission attached).

2.    Obviously, the word respectively was misplaced for respectfully in the first ¶ of Plaintiff's May 19, 20003, Motion to Reconsider.

3.    Service of the Motion to Reconsider was performed via fax on the date of May 19, 2003, and not May 7, 2003, as mistakenly written in the body of the Certificate of Service ( proof of transmission attached).

4.    Also, from the context of the second ¶ of II. B of Plaintiff's Reply In Support of Motion to Stay the first sentence the last word "*impartiality*" should read "*bias*".

40

WHEREFORE, Catuara respectfully submits this notice of harmless errors contained in Plaintiff's aforementioned filings.

Respectfully submitted,

By: Chad F. Catuara

Chad F. Catuara 14540 Lavergne
Midlothian, Illinois 60445
(708) 597-1873

## VERIFICATION

Under penalties as provided by law I, Chad F. Catuara, certify that the statements set forth are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

By: Chad F. Catuara

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUN 2 5 2003

JUDGE JOAN B. GOTTSCHALL
U.S. District Court Judge

CATUARA,                                )
                                        )
                        Plaintiff,      )
                                        )
        v.                              )
                                        )      Case No. 03 CV 563
                                        )
                                        )
HEAVNER HANDEGAN et al.,                )      Judge Gottschall
                                        )
                        Defendants.     )

## CERTIFICATE OF SERVICE

To: Daniel F. Konicek                   Edward S. Weil
    Jeffrey T. Mitchell                 Partick T. Stanton
    KONICEK & DILLION, P.C              Arika J. Osacky
    21. W. State Street                 Schwartz, Cooper, Greenberger,
    Geneva, Illinois 60134              & Krause Chartered
    (630) 262-9655                      180 N. LaSalle St., Suite 2700
    (630) 262-9659 (Fax)                Chicago, Illinois 60601
                                        (312) 782-8416 (Fax)


        I hereby certify delivery of a copy of Chad F. Catuara's Motion For Leave to
File, *Instanter*, Judicial Notice to the person(s), as listed above, on the 25th day of June,
2003, by facsimile.

                                        By: _____
                                            Chad F. Catuara

```
**********************************************************
*                                                        *
*            TRANSACTION REPORT                          *
*                                      JUN-25-2003 01:43 PM *
*        FOR: CHAD CATUARA              7085971873        *
*                                                        *
*    SEND                                                *
*                                                        *
*  DATE   START    RECEIVER          PAGES   TIME   NOTE *
*                                                        *
*  JUN-25 01:34 PM 13127828416          20    8'58"  OK  *
*                                                        *
**********************************************************
```

— Notice of Motion   (1)
— Certificate of Service (1)
— Instanter Motion (2) (2nd pg in duplicate)
— Attached Judicial Notice (13)
    (1pg duplicated) Appeals docketing (3)

17 of 20

Chad Catuara
6/25/03

Sorry,                    03-2641

Could not wait for reply

7th Appeal : 03-2641

ND Ill : 03C 563

Chad Cituava

```
*****************************************************************
*                                                               *
*                    TRANSACTION REPORT                         *
*                                              JUN-25-2003 02:15 PM *
*         FOR: CHAD CATUARA              7085971873             *
*  ─────────────────────────────────────────────────────────── *
*    SEND                                                       *
*                                                               *
*  DATE   START     RECEIVER              PAGES    TIME   NOTE  *
*  ─────────────────────────────────────────────────────────── *
*  JUN-25 02:08 PM 16302629659              8     6'23"  OK    *
*                                                               *
*  ─────────────────────────────────────────────────────────── *
*****************************************************************
```

- ~~Ext. Time~~ Not Filed
- Handwritten note. (1pg)
- Cert Service (1pg)
- Notice Motion (1pg)
- Appeals docketing Statement (3pgs)
- Leave file instructer Judicial Notice (2pgs)

Chad Catuara
6/25/03

```
*******************************************************************************
*                                                                             *
*                        TRANSACTION REPORT                                   *
*                                                    JUN-25-2003 02:47 PM      *
*         FOR: CHAD CATUARA                7085971873                          *
*  ─────────────────────────────────────────────────────────────────────     *
*    SEND                                                                      *
*                                                                             *
*  DATE    START     RECEIVER              PAGES     TIME     NOTE             *
*  ─────────────────────────────────────────────────────────────────────     *
*  JUN-25 02:41 PM 16302629659              13      5'46"    OK               *
*  ─────────────────────────────────────────────────────────────────────     *
*******************************************************************************
```

Judicial Notice (13)

Chad Catuara
6/25/03

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CATUARA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03 CV 563 |
| | ) | |
| | ) | |
| | ) | Judge Gottschall |
| HEAVNER HANDEGAN et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

To: Daniel F. Konicek          Edward S. Weil
     Jeffrey T. Mitchell          Partick T. Stanton
     KONICEK & DILLION, P.C     Arika J. Osacky
     21. W. State Street         Schwartz, Cooper, Greenberger,
     Geneva, Illinois 60134     & Krauss Chartered
     (630) 262-9655          180 N. LaSalle St., Suite 2700
     (630) 262-9659 (Fax)     Chicago, Illinois 60601
                              (312) 782-8416 (Fax)

     I hereby certify delivery of a copy of Chad F. Catuara's Motion to Reconsider Order of Denial to Plaintiff's Motion to Stay Washington Mutual's State Foreclosure Action to the person(s), as listed above, on the 7th day of May, 2003, by prepaid fax.

                    By: _____
                            Chad F. Catuara

∗∗∗∗∗∗∗∗∗∗∗∗∗ -COMM.JOURNAL- ∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗ DATE MAY-19-2003 ∗∗∗∗∗ TIME 16:38 ∗∗∗ P.01

MODE = MEMORY TRANSMISSION

FILE NO.= 177                                    START=MAY-19 16:36        END=MAY-19 16:37

NO.   COM   ABBR/NTWK   STATION NAME/
                        TELEPHONE NO.      PAGES   PRG.NO.   PROGRAM NAME

001   OK   ∗
                        16302629659        005/005

∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗ -             -
                                    - ∗∗∗∗∗ -
                                                    - ∗∗∗∗∗∗∗∗

# UNITED STATES DISTRICT COURT
## FOR THE NORTRERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED

MAY 19 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CATUARA,                          )
                                  )
                    Plaintiff,    )
                                  )
        v.                        )    Case No. 03 CV 563
                                  )
                                  )
HEAVNER HANDEGAN et al.,          )    Judge Gottschall
                                  )
                                  )
                    Defendants.   )
                                  )

## NOTICE OF MOTION

TO:    To: Daniel F. Konicek              Edward S. Weil
       Jeffrey T. Mitchell                Partick T. Stanton
       KONICEK & DILLION, P.C             Arika J. Osacky
       21. W. State Street                Schwartz, Cooper, Greenberger,
       Geneva, Illinois 60134             & Krauss Chartered
       (630) 262-9655                     180 N. LaSalle St., Suite 2700
       (630) 262-9659 (Fax)               Chicago, Illinois 60601
                                          (312) 782-8416 (Fax)

**PLEASE TAKE NOTICE,** on May 21, at 9:30 I will appear before the Honorable Joan B. Gotshall in courtroom 1919, Dirksen, Federal Builing, 219 S DearbornSt. Chicago, Illinois and present Plaintiff's Motion to Reconsider Order of May 8, 2003.

By: Chad F Catuara

************ ~COMM. JOURNAL~ ******************* DATE MAY-19-2003 ***** TIME 16:40 *** P.01

MODE = MEMORY TRANSMISSION

FILE NO. = 178                          START=MAY-19 16:38      END=MAY-19 16:40

NO.     COM     ABBR/NTWK       STATION NAME/      PAGES    PRG.NO.    PROGRAM NAME
                                TELEPHONE NO.
001     OK      #               7828416            005/005

************************************** ~       ~ ***** ~                    ~ **********

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED

MAY 19 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CATUARA,                                    )
                                            )
                        Plaintiff,          )
                                            )
    v.                                      )   Case No. 03 CV 563
                                            )
                                            )   Judge Gottschall
HEAVNER HANDEGAN et al.,                    )
                                            )
                                            )
                        Defendants.         )
                                            )

## NOTICE OF MOTION

TO:     To: Daniel F. Konicek              Edward S. Weil
            Jeffrey T. Mitchell            Partick T. Stanton
            KONICEK & DILLION, P.C         Arika J. Osacky
            21. W. State Street            Schwartz, Cooper, Greenberger,
            Geneva, Illinois 60134         & Krauss Chartered
            (630) 262-9655                 180 N. LaSalle St., Suite 2700
            (630) 262-9659 (Fax)           Chicago, Illinois 60601
                                           (312) 782-8416 (Fax)

**PLEASE TAKE NOTICE**, on May 21, at 9:30 I will appear before the
Honorable Joan B. Gotshall in courtroom 1919, Dirksen, Federal Builing, 219 S
DearbornSt. Chicago, Illinois and present Plaintiff's Motion to Reconsider Order of
May 8, 2003.

By: Chad F Catuara

# CASH SALE

*the original*
**instant printing® corporation**

300 S. Clark St. Chicago, Illinois 60604  726-6275  Fax 726-6276

"INSTANT PRINTING" IS A REGISTERED TRADEMARK (PATENT NO. 837,673)

**Invoice number**

COMPANY _____

BUYER'S NAME _____

ADDRESS _____

ROOM _____  PHONE _____

YOUR ORDER NO: _____  DATE: 5/19/03

DEL ☐  W.C. ☐  C.WR. ☐

| QUANTITY | ORIGINALS | DESCRIPTION | | | REG. SERVICE | TYPESETTING |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | FAX | | | 12 00 | |
| | | | | | | |
| | | | | | | |
| OFFSET PRINTING | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL | | |
| | | | | GRAND TOTAL | 12 00 | |